UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:10CR430 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NATHAN WRIGHT, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge William H. Baughman, Jr.'s Report and Recommendation that the Court ACCEPT Defendant Nathan Wright's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 23.)

On September 29, 2010, the government filed an Indictment against Defendant. (Doc. No. 1.) On March 10, 2011, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Doc. No. 19.)

On March 18, 2011, a hearing was held in which Defendant entered a plea of guilty to Count 1 of the Indictment, charging him with being a felon in possession of a firearm, in violation of 18 U.S.C. Section 922(g)(1). Magistrate Judge Baughman received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 23.)

Neither party objected to the Magistrate Judge's R&R in the ten days after

it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. Section 922(g)(1). The sentencing will be held on May 27, 2011 at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: April 13, 2011

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**